IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00487-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS DANERI GOMEZ,
    a/k/a Carlos Rubio-Relles,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 22, 2013, the court conducted a telephonic setting conference to set the matter for a change of plea hearing and immediate sentencing. After conferring with counsel,

**IT IS ORDERED** as follows:

1. That on **March 21, 2013**, commencing at 9:00 a.m., the court shall conduct a change of plea hearing and an immediate sentencing in this matter;

2. That the Trial Preparation Conference set for February 1, 2013, and the jury trial set to commence February 4, 2013, are **VACATED** and are **CONTINUED** pending further order of court, if necessary; and

3. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the change of plea hearing/ immediate sentencing hearing set for March 21, 2013, at 9:00 a.m.

Dated: January 22, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.