IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00487-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. LUIS DANERI GOMEZ,
 a/k/a Carlos Rubio-Relles,

 Defendant.

## MINUTE ORDER[1]

On March 19, 2013, the court conducted a telephonic setting conference to reset the matter for a Change of Plea Hearing and immediate sentencing. After conferring with counsel,

**IT IS ORDERED** as follows:

1. That the Change of Plea Hearing and Immediate Sentencing set for March 21, 2013, are **VACATED** and **CONTINUED** to **March 25, 2013**, at 10:00 a.m., at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the hearings.

Dated: March 19, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.