**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00487-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS DANERI GOMEZ,
    a/k/a Carlos Rubio-Relles,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on March 25, 2013,

**IT IS ORDERED** that Defendant Luis Daneri Gomez, a/k/a Carlos Rubio-Relles, is sentenced to **time served**.

Dated: March 25, 2013

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      ROBERT E. BLACKBURN,
                                      UNITED STATES DISTRICT JUDGE